IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CHARLES EDWARD HALL, JR.**                                                      **PLAINTIFF**

**v.**                                            **No. 2:05CV124-P-D**

**TATE COUNTY LAW ENFORCEMENT CENTER, ET AL., ET AL.**       **DEFENDANTS**

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment is hereby **ENTERED** for the defendants.

3. That this case is **CLOSED.**

THIS, the 8th day of November, 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE